AUSA: Christopher Rawsthorne  Telephone: (313) 226-9100
Deputy Marhsal: Donald Hughes  Telephone: (313) 234-5600

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
Nikoll Lleshaj

Case No.  Case: 2:21-mj-30262
Judge: Unassigned,
Filed: 06-01-2021 At 11:51 AM
IN RESEALED MATTER(CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 11, 2019__ in the county of __Wayne and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(b) | International Travel Reporting Violation |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Donald Hughes, Deputy United States Marshal (USMS)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: June 1, 2021

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Donald R. Hughes, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND DEPUTY'S BACKGROUND

1. I am a Deputy United States Marshal for the Eastern District of Michigan and am authorized to enforce the laws of the United States of America, including but not limited to, the investigations to locate and apprehend federal fugitives.

2. I have been employed with the United States Marshals (USMS) since January 2015. I attended the Federal Law Enforcement Training Center in Brunswick, Georgia for Criminal Investigators and Basic Deputy Training for approximately 22 and a half weeks. Prior to that, I served as a Deputy Sheriff with the Washtenaw County Sheriff's Office, Washtenaw County, Michigan, wherein I was assigned to the Road Patrol Division, and as a Special Agent with the United States Army Criminal Investigation Command with a focus on sexual assault investigations.

3. This affidavit is made in support of an application for a criminal complaint charging Nikoll LLESHAJ with International Travel Reporting Violation in violation of Title 18, United States Code, Section 2250(b). An individual violates that statute when they are required to register as a sex offender, and then knowingly

1

fail to provide information related to intended travel in foreign commerce, and then take that travel.

4. The statements contained in this affidavit are based on my experience and background as a Deputy United States Marshal and on information provided by other deputies of the USMS and other law enforcement officers. I have not set forth every fact resulting from the investigation, rather I have set forth a summary of the investigation to date in order to establish that Nikoll LLESHAJ knowingly failed to notify the sex offender registration prior to international travel, in violation of 18 U.S.C. § 2250(b).

## FACTS ESTABLISHING PROBABLE CAUSE

5. LLESHAJ is a convicted sex offender based on a guilty plea to the offence of Disorderly Person-Obscene Conduct in the 16th Circuit Court of Macomb County, Michigan on March 30, 2015. On June 9, 2015, LLESHAJ was sentenced to 60 days confinement. At the time of sentencing, LLESHAJ was ordered by Judge Diane Druzinski to comply with terms of the Sex Offender Registration Act.

6. On October 3, 2018, LLESHAJ completed and signed the Michigan Sex Offender Verification/Update Form. In the Explanation of Duties to Register, Paragraph 7 of the Michigan Sex Offender Verification/Update Form, it states registered sex offenders must notify law enforcement 21 days prior to international travel.

2

7. On February 8, 2019, LLESHAJ was a subject of a criminal investigation out of Dearborn Police Department. LLESHAJ was accused of committing a Criminal Sexual Conduct (CSC) 4th degree assault. During the investigation Dearborn detectives attempted to contact LLESHAJ via telephone to set up an interview. Dearborn detectives were unable to locate and interview LLESHAJ. A state warrant was issued for LLESHAJ for CSC - 4th degree.

8. On February 11, 2019, the Department of Homeland Security, U.S. Customs and Border Protection, had contact with LLESHAJ at Dulles International Airport, VA. LLESHAJ was confirmed on board an aircraft destined for Istanbul, Turkey. LLESHAJ was traveling on an Albania passport, passport number BA9\*\*\*\*\*\*.

9. On July 24, 2019, Livonia Police Officer Schryer conducted a Registered Sex Offender residence check on LLESHAJ at 3\*\*\*\* Independence, Livonia, Michigan. P.O. Schryer was advised LLESHAJ had left the country several months prior for Albania. P.O. Schryer submitted the report and warrant request. A warrant was issued for LLESHAJ for Failure to Register, Sex Offender.

10. The Michigan Sex Offender Registration does not show LLESHAJ notified law enforcement prior to his travel on February 11, 2019.

11. Due to the outstanding warrant for Criminal Sexual Conduct - 4th degree, an alert was placed on LLESHAJ's passport. On October 28, 2020, Detroit

Fugitive Apprehension Team (DFAT) was notified LLESHAJ was on board an aircraft bound for Chicago O'Hare International Airport.

## CONCLUSION

12. Based on the aforementioned facts, there is probable cause to believe that Nikoll LLESHAJ violated of 18 U.S.C. § 2250(b) – International Travel Reporting Violation.

Respectfully submitted,

Donald R. Hughes, Deputy Marshal
United States Marshal Service

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Date:  June 1, 2021

4